United States District Court
Southern District of Texas

**ENTERED**

March 20, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIONYSIA MARIE MOTTU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-24-4486 |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| and SUSANA DISLA, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Plaintiff.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 20th day of March, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE